FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___shy___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE AGUILAR,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>          Defendant. | Case No. CV 12-1897 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: February 27, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE